**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

SCHULTZ EXCAVATING & ASPHALT, OF LUDINGTON, LLC,

Plaintiff,

v.

SMYRNA READY MIX CONCRETE, LLC d/b/a SRM CONCRETE,

Defendant.

Case No.

HON.

**DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, and 1446**

**[DIVERSITY JURISDICTION]**

Complaint Filed: March 10, 2023
51st Circuit Court for Mason County
Case No. 23-95-CK

---

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant Smyrna Ready Mix Concrete, LLC d/b/a SRM Concrete ("Smyrna"), by its undersigned counsel, hereby removes this action from the 51st Circuit Court for Mason County, State of Michigan, to the United States District Court for the Western District of Michigan, pursuant to 28 U.S.C. § 1332, 1441, and 1446. Smyrna removes on the grounds that complete diversity exists between Plaintiff Schultz Excavating & Asphalt, of Ludington, LLC ("Schultz"), as a citizen of Michigan, and Smyrna, as a citizen of Tennessee. Further, the amount in controversy exceeds $75,000, and the foregoing facts were true when Schultz filed the initial Complaint.

## THE STATE COURT ACTION

1. Plaintiff Schultz commenced a civil action in the 51st Circuit Court for Mason County, Michigan, by filing a Complaint on or about March 10, 2023 titled Schultz Excavating & Asphalt, of Ludington, LLC, v. Smyrna Ready Mix Concrete, LLC d/b/ SRM Concrete, Case No. 23-95-CK. On

March 31, 2023 Schultz attempted service on Smyrna. A copy of all processes, pleadings, and orders served upon Smyrna in this action are attached as Exhibit 1.

## TIMELINESS

2. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is filed within 30 days of March 31, 2023, the date on which Smyrna was properly served with a copy of the Complaint, and within one year of the commencement of this action. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

## NATURE OF THE CLAIMS

3. Schultz asserts claims of an open account and an account stated against Smyrna, alleging that Smyrna owes Schultz over $200,000. Smyrna denies liability of Schultz's claims.

## THE VENUE REQUIREMENT IS MET

4. "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. Venue of this removed action is proper in this District under 28 U.S.C. § 1441(a) because this Western District of Michigan encompasses the 51st Circuit Court for Mason County, Michigan, where the Complaint was originally filed.

## DIVERSITY OF CITIZENSHIP EXISTS

6. Under 28 U.S.C. § 1332, this Court has original jurisdiction over Schultz's claims because complete diversity of citizenship exists between the parties, and the amount in controversy exceeds $75,000.00.

7. At the time that Schultz filed this action and to the present date, complete diversity exists between Schultz and Smyrna.

8. For removal purposes, a limited liability company has the citizenship of each of its members. *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).

9. Schultz is a Michigan limited liability company. Upon information and belief, Schultz has one member who is a citizen of the State of Michigan.

10. Smyrna is a Tennessee limited liability company. Smyrna's only member is the holding company, which is a Tennessee LLC. Jeffrey Hollingshead, his brother, and his parents are the only members of that holding company, and all are citizens of the State of Tennessee. *See* Declaration of Jeffrey Hollingshead, attached as Exhibit 2.

11. Therefore, diversity of citizenship exists under 28 U.S.C. § 1332.

**THE AMOUNT IN CONTROVERSY IS SATISFIED**

12. A removing defendant must show that the amount in controversy requirement is satisfied only by a preponderance of the evidence. *See Hayes v. Equitable Energy Res. Co.*, 266 F.3d 560, 572 (6th Cir. 2001).

13. In Schultz's Complaint, they allege damages in excess of $200,000. *See* Complaint. ¶13.

14. Therefore, based upon the face of Schultz's Complaint, the amount in controversy exceeds $75,000.

**CONCLUSION**

15. Accordingly, this action is removable pursuant to 28 U.S.C. § 1332 on the basis of diversity of citizenship.

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being submitted for filing to the Clerk of the 51st Circuit Court for Mason County, State of Michigan, and is being served upon Plaintiff and Counter-Defendant Schultz.

17. If this Court has any questions regarding the propriety of this Notice of Removal, Defendant Smyrna respectfully requests that it issue an Order to Show Cause, so that Smyrna may have an opportunity to address such questions.

WHEREFORE, Defendant Smyrna, pursuant to 28 U.S.C. § 1441 and in compliance with the requirements set forth in 28 U.S.C. § 1446(b), respectfully requests that this matter be removed to the United States District Court for the Western District of Michigan, Southern Division, and requests this Court assume full jurisdiction over this action as provided by law.

Dated: April 19, 2023

Respectfully submitted,

BARNES & THORNBURG LLP

/s/ Sydney O. Imes

Scott R. Murphy (P68015)
Sydney O. Imes (P86532)
BARNES & THORNBURG LLP
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3930
*Attorneys for Smyrna Ready Mix Concrete, LLC*