# Exhibit 1

# Case Details

Additional Resources

**Case ID**
2023-0000000095-CK

**Court Location**
51st Circuit Court - Mason - Ludington

**Case Entitlement**
SCHULTZ V SMYRNA

**Judge of Record**
SNIEGOWSKI,SUSAN KASLEY,

**Date Filed**
03/10/2023

**Case Status**
OPEN

**Closed Date**

**Balance**

## Parties (2)

**Party Name**
SCHULTZ EXCAVATING & ASPHALT OF LUD,,

**Party Type/Number**
PLAINTIFF - 1

**Attorney Name**
JOHN M. GROGAN

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**

**Disposition Date**

**Party Name**
SMYRNA READY MIX CONCRETE LLC,,

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**
SCOTT R. MURPHY

**Alternate Name(s)**

**Answer Date**

**Service Date**
03/30/2023

**Disposition**

**Disposition Date**

### Party Action(s)

| Category | Action | Action Date | Action Due Date |
|---|---|---|---|
| RETURN OF SERVICE | RETURN OF SERVICE | 03/30/2023 | |

## Bonds (0)

## Hearings (0)

## Financial Orders (0)

## Events (8)

**Event Date**
04/05/2023

| Description | Party/Count | Event No./Clerk |
|---|---|---|
| APPEARANCE | D1 | 4 - KB |

**Comment**
Atty Scott R. Murphy for Def

**Judge**
SNIEGOWSKI,SUSAN KASLEY,

**Attorney**
MURPHY,SCOTT R.,

| Description | Party/Count | Event No./Clerk |
|---|---|---|
| MISCELLANEOUS | | 5 - KB |

**Comment**
Notice of Appearance - Atty Sydney O. Imes for Def (P# entered in pty

**Judge**
SNIEGOWSKI,SUSAN KASLEY,

| Description | Party/Count | Event No./Clerk |
|---|---|---|
| MISCELLANEOUS | | 5 - KB |

**Comment**
screen)

**Judge**
SNIEGOWSKI,SUSAN KASLEY,

| Description | Party/Count | Event No./Clerk |
|---|---|---|
| PROOF OF SERVICE | | 6 - KB |

**Comment**
For Notice to Appear (x2); Served 04/04/23

**Judge**
SNIEGOWSKI,SUSAN KASLEY,

**Event Date**
03/30/2023

| Description | Party/Count | Event No./Clerk |
|---|---|---|
| RETURN OF SERVICE | D1 | 3 - KB |

**Comment**
For Summons and Complaint (copy of Certified Mail Receipt & tracking

**Judge**
SNIEGOWSKI,SUSAN KASLEY,

| Description | Party/Count | Event No./Clerk |
|---|---|---|
| RETURN OF SERVICE | D1 | 3 - KB |

**Comment**
# on last page); Filed 04/05/23

**Judge**
SNIEGOWSKI,SUSAN KASLEY,

**Event Date**
03/10/2023

| Description | Party/Count | Event No./Clerk |
|---|---|---|
| SUMMONS AND COMPLAINT | P1 | 1 - KB |

**Comment**
Expiration 06/09/23

**Judge**
SNIEGOWSKI,SUSAN KASLEY,

**Amount**
$175.00

| Description | Party/Count | Event No./Clerk |
|---|---|---|
| COMPLAINT | | 2 - KB |

**Comment**
Verified Complaint to Collect Money Due for Transport Services

**Judge**
SNIEGOWSKI,SUSAN KASLEY,

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN | SUMMONS | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT<br>51ST JUDICIAL CIRCUIT<br>COUNTY PROBATE | | 23- 95 -CK |

Court address
304 East Ludington Avenue, Ludington, MI 49431

Court telephone no.
231-843-4791

Plaintiff's name(s), address(es), and telephone no(s).
Schultz Excavating & Asphalt of Ludington, LLC.
5566 Sixth Street
Ludington, MI 49431

231-845-7125

v

Defendant's name(s), address(es), and telephone no(s).
Smyrna Ready Mix Concrete, LLC, d/b/a SRM Concrete
222 West Grand River Avenue
Suite A
Okemos, MI 4884

SRM Concrete
805 W. 13th Street
Cadillac, MI 49601

Plaintiff's attorney, bar no., address, and telephone no.
John M. Grogan (P56577)
3240 Racquet Club Dr.
Traverse City, MI 49684

Norm Droste (P35665)
616 E. Eighth Street #3
Traverse City, MI 49684

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ______________________ Court, where it was given case number ______________ and assigned to Judge ______________.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 03-10-2023 | 06-09-2023 | Cheryl Kelly |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**SUMMONS**
Case No. 23-95-CK

## PROOF OF SERVICE

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

OR

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required)

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with ______________________________
List all documents served with the summons and complaint

______________________________ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE |
| $ | | $ | $ |

______________________________
Signature

______________________________
Name (type or print)

______________________________
Title

Subscribed and sworn to before me on ______________ , ______________ County, Michigan.
Date

My commission expires: ______________ Signature: ______________________________
Date / Deputy court clerk/Notary public

Notary public, State of Michigan, County of ______________________________

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with ______________________________
Attachments

______________________________ on ______________________________
Day, date, time

______________________________ on behalf of ______________________________ .
Signature

THE ABOVE IS A TRUE COPY

MAR 10 2023

51st Circuit Court

**STATE OF MICHIGAN**

**IN THE 51ST CIRCUIT COURT FOR THE COUNTY OF MASON**

SCHULTZ EXCAVATING & ASPHALT
OF LUDINGTON, LLC
Plaintiff,

v

Case No. 23- 95 -CK
Honorable:

SMYRNA READY MIX CONCRETE, LLC
[D/B/A SRM CONCRETE],
Defendant.
_____________________________/

JOHN M. GROGAN (P56577)
**GROGAN LAW PC**
*Attorney for Plaintiff*
SCHULTZ EXCAVATING & ASPHALT OF LUDINGTON, LLC
3240 Racquet Club Drive
Traverse City, MI 49684
(231) 944-1529
jmgroganlaw@gmail.com

NORMAN K. DROSTE (P35665)
**NORM DROSTE – ATTORNEY, PLC**
*Co-Counsel for Plaintiff*
616 E. Eighth Street, Unit #3
Traverse City, MI 49686
(231) 922-5055
ndrostelaw@aol.com

SMYRNA READY MIX CONCRETE, LLC
*Defendant*
c/o Northwest Registered Agent Service, Inc., -R.A.
2222 W. Grand River Ave., Ste. A
Okemos, MI 48864

SRM CONCRETE
*Defendant*
c/o Derek Nederhood- General Manager
805 W. 13th Street
Cadillac, MI 49601
dnederhood@smyrnareadymix.com
_____________________________/

# VERIFIED COMPLAINT TO COLLECT MONEY DUE FOR TRANSPORT SERVICES

SCHULTZ EXCAVATING & ASPHALT OF LUDINGTON, LLC, with its attorneys for its Verified Complaint states:

1. Plaintiff, SCHULTZ EXCAVATING & ASPHALT OF LUDINGTON, LLC, [SCHULTZ EXCAVATING] conducts business in Michigan, with a principal headquarters in Ludington, Michigan.

2. Defendant, SMYRNA READY MIX CONCRETE, LLC [SRM], has a business facility in Ludington, Michigan.

3. Defendant, SMYRNA READY MIX CONCRETE, LLC [SRM], conducts business under the assumed name SRM CONCRETE.

4. The money claimed due by Plaintiff from Defendants is for the transport and delivery of materials by Plaintiff to Defendant's business facilities at:

- Ludington, Mason County, Michigan; and / or
- Reed City, Osceola County, Michigan; and / or
- Big Rapids, Mecosta County, Michigan.

5. The amount claimed by Plaintiff to be due to it from Defendant is more than $25,000.00.

**<u>COUNT I- OPEN ACCOUNT</u>**

6. Plaintiff, SCHULTZ EXCAVATING, realleges paragraphs 1-5 above.

7. Plaintiff has, since about 2019, or so, transported materials purchased by Defendant from others, for Defendant, to business facilities of Defendant on account, in exchange for the promise of Defendant to pay Plaintiff for the transport.

8. Plaintiff regularly provided invoicing to Defendant showing materials transported and the amount due including copies of the "load tickets" for the materials transported.

9. From 2019 until about July 28, 2022 Defendant paid Plaintiff's invoices by delivery of bank checks to Plaintiff's business headquarters:

Schultz Excavating & Asphalt
5565 6th Street
Ludington, MI 49431

10. Plaintiff provided invoicing to Defendant for the transportation of materials by Plaintiff for Defendant as follows:

| DATE | INVOICE # | $ AMOUNT |
|---|---|---|
| 7/5/2022 | 3596 | $41,052.44 |
| 8/18/2022 | 3619 | $58,014.48 |
| 10/4/2022 | 3649 | $128,374.40 |
| 11/12/2022 | 3672 | $40,217.18 |
| 7/26/2022 | CREDIT | ($.02) |
| Total: | | $267,658.48 |

11. Plaintiff has not paid for the transport of materials identified in the invoices summarized, except an earlier overpayment of $0.02 has been credited to the account.

12. Plaintiff purchased materials from Defendant and has not, yet, paid Defendant for those materials $31,562.43, but rather has applied the amount due as a credit / set-off to the Defendant's account.

13. The amount due from Defendant to Plaintiff for the transportation services provided including the credit / set-off [$31,562.43], is $236,096.05, not including interest, costs, or fees.

14. Plaintiff has demanded that Defendant pay the amount due.

15. Defendant has not paid Plaintiff the amount due.

WHEREFORE, Plaintiff, SCHULTZ EXCAVATING & ASPHALT OF LUDINGTON, LLC requests a Judgment in the amount of $236,096.05 against SMYRNA READY MIX CONCRETE, LLC [D/B/A SRM CONCRETE], plus interest, costs, and attorney fees as

may be allowed by contract, common law, statute, and/or court rule or such further or different relief as shall be agreeable to equity and good conscience.

**COUNT II- ACCOUNTS STATED**

16. Plaintiff realleges paragraphs 1-15 above.

17. Defendant acknowledged the amount claimed due from it to Plaintiff for the trucking services identified in paragraph 10 above as $267,658.50.

18. Defendant claims to have issued payment for Plaintiff's invoices identified in paragraph 10 above and delivery of those payments to:

DEAULT ENTERPRISES
20070 Bartlette Lane, Unit 115
Estero, FL 33928

19. Plaintiff did not direct Defendant to issue payment for its work to DEAULT ENTERPRISES.

20. Plaintiff did not direct Defendant to deliver payment for its invoices to DEAULT ENTERPRISES in Estero, Florida.

21. Plaintiff has always requested Defendant and always instructed Defendant to deliver payments due to Plaintiff from Defendant to:

SCHULTZ EXCAVATING & ASPHALT
5565 6th Street
Ludington, MI 49431

22. Defendant followed and complied with Plaintiff's payment instructions except for the following payments:

| Date | Check No. | Payee | Amount |
|---|---|---|---|
| 10/19/22 | 042898 | DEAULT ENTERPRISES | $227,441.32 |

| | | | |
|---|---|---|---|
| 12/7/22 | 046684 | DEAULT ENTERPRISES | $40,217.18 |
| | | | $267,658.50 |

23. On or about May 13, 2022, Plaintiff received 2 suspicious emails directing Plaintiff to provide its payments of money due to Defendant by check to:

"...Beneficiary Name: Donald Ault
Address: 24100 S. Tamiami Trl., Unit 1305
Bonita Springs, FL 34134 ..."

24. Rather than following the suspicious payment instructions provided by some sort of impostor, Plaintiff reported the suspicious emails to Defendant.

25. Defendant notified Plaintiff to disregard the suspicious payment directions and to provide payments consistent with Defendant's invoicing to:

SRM Concrete
1000 Hollingshead Circle
Murfreesbro, TN 37129

26. Plaintiff provided its payments, consistent with its longtime practice, to Defendant as instructed by Defendant, EXCEPT Plaintiff has withheld $31,562.40 due to Defendant as a "SET-OFF".

27. It appears Defendant claims that payments made by it to:

DEAULT ENTERPRISES
20070 Bartlette Lane, Unit 115
Estero, FL 33928

constitute payment to Plaintiff [?]

28. The impostor email or instructions to Defendant for payment of Plaintiff's invoices to an alternate company name and to an alternate mailing address were and are not credible.

Subscribed and sworn to before me
this 23rd day of February, 2023.

Tammy L Britton, Notary Public
County of Mason, Michigan
Acting in ______________ County, Michigan
Commission Expiration: 12/29/23

Dated: ~~February~~ March 7, 2023

GroganLaw, PC,

By: John M. Grogan (P56577)
Attorney for Plaintiff Schultz
Excavating and Asphalt of Ludington,
LLC.

**STATE OF MICHIGAN**

**IN THE 51ST CIRCUIT COURT FOR THE COUNTY OF MASON**

SCHULTZ EXCAVATING & ASPHALT
OF LUDINGTON, LLC
Plaintiff,

v

Case No. 23-95-CK
Honorable:

SMYRNA READY MIX CONCRETE, LLC
[D/B/A SRM CONCRETE],
Defendant.
______________________________/

| | |
|---|---|
| JOHN M. GROGAN (P56577)<br>**GROGAN LAW PC**<br>*Attorney for Plaintiff*<br>SCHULTZ EXCAVATING & ASPHALT OF LUDINGTON, LLC<br>3240 Racquet Club Drive<br>Traverse City, MI 49684<br>(231) 944-1529<br>jmgroganlaw@gmail.com<br><br>NORMAN K. DROSTE (P35665)<br>**NORM DROSTE – ATTORNEY, PLC**<br>*Co-Counsel for Plaintiff*<br>616 E. Eighth Street, Unit #3<br>Traverse City, MI 49686<br>(231) 922-5055<br>ndrostelaw@aol.com | SMYRNA READY MIX CONCRETE, LLC<br>*Defendant*<br>c/o Northwest Registered Agent Service, Inc.,- R.A.<br>2222 W. Grand River Ave., Ste. A<br>Okemos, MI 48864<br><br>SRM CONCRETE<br>c/o Derek Nederhood- General Manager<br>805 W. 13th Street<br>Cadillac, MI 49601<br>dnederhood@smyrnareadymix.com<br><br>Filed<br>APR 05 2023<br>51st Circuit Court |

______________________________/

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT
## AFFIDAVIT OF SERVICE - MCR 2.105(D)(2)

I, Norman K. Droste, state that I am the attorney for the Plaintiff: SCHULTZ EXCAVATING & ASPHALT OF LUDINGTON, LLC, and that service of process of the Summons and Complaint upon the Defendant: SMYRNA READY MIX CONCRETE,

THE ABOVE IS A TRUE COPY
APR 19 2023
51st Circuit Court

LLC [D/B/A SRM CONCRETE], was effected consistent with the requirements of MCR 2.105(D)(2) as follows:

1. On March 29, 2023, at approximately 11:48 A.M., I delivered a copy of the Summons and Complaint to CHERYL DUVALL, the person in charge of the Defendant's business premises at 805 W. 13th Street, Cadillac, MI 49601. The person in charge of the office, Cheryl Duvall, indicated that the Defendant's General Manager, Derek Nederhood, was on vacation and unavailable to receive the Summons and Complaint. I notified Ms. Duvall the papers delivered to her were a Summons and Complaint directed to the Defendant.

2. On March 30, 2023, I sent a Summons and a copy of the Complaint by "registered mail" - [certified mail - MCR 2.105(K)] addressed to: SMYRNA READY MIX CONCRETE, LLC- 1000 Hollingshead Circle, Murfreesboro, TN 37129- the principal office of the Defendant. The mailing receipt is attached.

3. On March 30, 2023, I also provided a copy of the Summons and Complaint to:

   Samantha Prince- Attorney
   Smyrna Ready Mix Concrete LLC
   1000 Hollingshead Circle
   Murfreesboro, TN 37129
   sprince@smyrnareadymix.com

   by email at her address shown.

Service of process was effected therefore on March 30, 2023, and because this method of service of process required registered mail the Defendant must serve and file

an answer or take other action permitted by law or the Michigan Court Rules within 28 days after service of process, i.e., 28 days after March 30, 2023, which is April 27, 2023.

Dated: March 30, 2023

Norman K. Droste (P35665)
Co-Counsel / Attorney for Plaintiff
SCHULTZ EXCAVATING & ASPHALT
OF LUDINGTON, LLC

7020 0090 0001 3356 4482

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Murfreesboro, TN 37129
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0604 |
| Extra Services & Fees (check box, add fee as appropriate) | | 21 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.50 | |
| Total Postage and Fees | $5.65 | 03/30/2023 |

Postmark: BARLOW BRANCH MAR 30 2023 USPS 49686

Sent To: Smyrna Ready Mix Concrete LLC
Street and Apt. No., or PO Box No.: 1000 Hollingshead circle
City, State, ZIP+4®: Murfreesboro, TN 37129

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Schultz -552

**UNITED STATES POSTAL SERVICE.**

BARLOW
1756 BARLOW ST
TRAVERSE CITY, MI 49686-5907
(800)275-8777

03/30/2023 12:55 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.50 |
| Murfreesboro, TN 37129 | | | |
| Weight: 0 lb 2.00 oz | | | |
| Estimated Delivery Date Mon 04/03/2023 | | | |
| Certified Mail® | | | $4.15 |
| Tracking #: 70200090000133564482 | | | |
| Total | | | $5.65 |

Grand Total: $5.65

Personal/Bus Check $5.65

Text your tracking number to 287[illegible] to g[illegible] latest status. St[illegible]

THE ABOVE IS A TRUE COPY

APR 05 2023

51st Circuit Court

STATE OF MICHIGAN
IN THE 51st CIRCUIT COURT FOR THE COUNTY OF MASON

SCHULTZ EXCAVATING & ASPHALT, OF LUDINGTON, LLC,

Plaintiff,

v.

SMYRNA READY MIX CONCRETE, LLC d/b/a SRM CONCRETE,

Defendant.

Case No. 23-95-CK

HON. SUSAN KASLEY SNIEGOWSKI

---

John M. Grogan (P56577)
GROGAN LAW PC
3240 Racquet Club Drive
Traverse City, Michigan 49684
(213) 944-1529
jmgroganlaw@gmail.com
*Attorneys for Plaintiff*

Norman K. Droste (P35665)
NORM DROSTE – ATTORNEY, PLC
616 E. Eighth Street, Unite #3
Traverse City, Michigan 49686
(213) 922-5055
ndrostelaw@aol.com
*Co-Counsel for Plaintiff*

Scott R. Murphy (P68015)
Sydney O. Imes (P86532)
BARNES & THORNBURG LLP
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3930
smurphy@btlaw.com
sydney.imes@btlaw.com
*Attorneys for Defendant*

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel, Scott R. Murphy, hereby enters his Appearance as counsel for Defendant, Smyrna Ready Mix Concrete, LLC d/b/a SRM Concrete in the above-captioned proceeding.

Dated: April 4, 2023

BARNES & THORNBURG LLP

Scott R. Murphy (P68015)
BARNES & THORNBURG LLP
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3930
*Attorneys for Defendant*

THE ABOVE IS A TRUE COPY
APR 05 2023
51st Circuit Court

STATE OF MICHIGAN
IN THE 51st CIRCUIT COURT FOR THE COUNTY OF MASON

SCHULTZ EXCAVATING & ASPHALT, OF LUDINGTON, LLC,

Plaintiff,

v.

SMYRNA READY MIX CONCRETE, LLC d/b/a SRM CONCRETE,

Defendant.

Case No. 23-95-CK

HON. SUSAN KASLEY SNIEGOWSKI

John M. Grogan (P56577)
GROGAN LAW PC
3240 Racquet Club Drive
Traverse City, Michigan 49684
(213) 944-1529
jmgroganlaw@gmail.com
*Attorneys for Plaintiff*

Norman K. Droste (P35665)
NORM DROSTE – ATTORNEY, PLC
616 E. Eighth Street, Unite #3
Traverse City, Michigan 49686
(213) 922-5055
ndrostelaw@aol.com
*Co-Counsel for Plaintiff*

Scott R. Murphy (P68015)
Sydney O. Imes (P86532)
BARNES & THORNBURG LLP
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3930
smurphy@btlaw.com
sydney.imes@btlaw.com
*Attorneys for Defendant*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Sydney O. Imes, hereby enters her Appearance as counsel for Defendant, Smyrna Ready Mix Concrete, LLC d/b/a SRM Concrete in the above-captioned proceeding.

Dated: April 4, 2023

BARNES & THORNBURG LLP

[signature]

Sydney O. Imes (P86532)
BARNES & THORNBURG LLP
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3930
*Attorneys for Defendant*

THE ABOVE IS A TRUE COPY
APR 05 2023
51st Circuit Court

STATE OF MICHIGAN
IN THE 51st CIRCUIT COURT FOR THE COUNTY OF MASON

SCHULTZ EXCAVATING & ASPHALT,
OF LUDINGTON, LLC,

Plaintiff,

Case No. 23-95-CK

v.

HON. SUSAN KASLEY SNIEGOWSKI

SMYRNA READY MIX CONCRETE, LLC
d/b/a SRM CONCRETE,

Defendant.

---

John M. Grogan (P56577)
GROGAN LAW PC
3240 Racquet Club Drive
Traverse City, Michigan 49684
(213) 944-1529
jmgroganlaw@gmail.com
*Attorneys for Plaintiff*

Norman K. Droste (P35665)
NORM DROSTE – ATTORNEY, PLC
616 E. Eighth Street, Unit #3
Traverse City, Michigan 49686
(213) 922-5055
ndrostelaw@aol.com
*Co-Counsel for Plaintiff*

Scott R. Murphy (P68015)
Sydney O. Imes (P86532)
BARNES & THORNBURG LLP
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
(616) 742-3930
smurphy@btlaw.com
Sidney.imes@btlaw.com
*Attorneys for Defendant*

---

**PROOF OF SERVICE**

Documents Served: ***Notice of Appearance – Scott R. Murphy***
***Notice of Appearance – Sidney O. Imes***

Persons served: John M. Grogan
GROGAN LAW PC
3240 Racquet Club Drive
Traverse City, Michigan 49684

Norman K. Droste (P35665)
NORM DROSTE – ATTORNEY, PLC
616 E. Eighth Street, Unit #3
Traverse City, Michigan 49686

The undersigned certifies that a copy of the document listed above was served upon the parties listed above via first class U.S. mail on the date listed below.

Dated: April 4, 2023

BARNES & THORNBURG LLP

SCOTT R. MURPHY (P68015)
Sydney O. Imes (P86532)
BARNES & THORNBURG LLP
171 Monroe Ave NW, Suite 1000
Grand Rapids, Michigan 49503
Phone: (616) 742-3930
Facsimile: (616) 742-3999
smurphy@btlaw.com
sydney.imes@btlaw.com
*Attorney for Defendant*